JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| Leon    Johnson,<br><br>           Plaintiff,<br><br>    vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>           Defendant. | Case No. 1:19-cv-01584<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

   IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from July 13, 2020 to August 12, 2020, for Plaintiff to serve on defendant with PLAINTIFF'S OPENING BRIEF .  All other dates in the Court's Scheduling Order shall be extended accordingly.

   This is Plaintiff's second request for an extension of time, but first request for this task. Good cause exists for this request.  Due to the ongoing pandemic with COVID-19 and the various executive orders throughout Fresno County and now the State of California, along with the recommendations for Social Distancing, Plaintiff's Counsel is operating with very limited staff.

   However, Counsel has secured two additional assistants to ensure support for federal court work, and is in the process of having additional counsel admitted to the Eastern District to allow for the handling of the increasing case load.

Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: June 20, 2020          PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorneys for Plaintiff

Dated: June 20, 2020          MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:  \**/s/ Margaret Lehrkind*
Margaret Lehrkind
Special Assistant United States Attorney
Attorneys for Defendant
(*As authorized by email on 6/20/2020)

### ORDER

Pursuant to the parties' above stipulation, for good cause shown, Plaintiff shall file and serve his opening brief by no later than August 12, 2020.  All other deadlines in the scheduling order are modified accordingly.

IT IS SO ORDERED.

Dated:   **June 22, 2020**                                    /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE